THE STATE, JOSEPH McEWEN, PROSECUTOR, v. THE BOARD OF HEALTH OF THE TOWNSHIP OF WOODBRIDGE, IN THE COUNTY OF MIDDLESEX.

1. A jury trial is not permitted by the Health act of 1887. *Gen. Stat.*, p. 1638, § 18.
2. To sustain a judgment under that act there must be a conviction in the form prescribed by the supplement of 1888. *Gen. Stat.*, p. 1642, *pl.* 41.

On *certiorari.*

Argued at November Term, 1897, before Justices VAN SYCKEL, DIXON and COLLINS.

For the prosecutor, *Ephraim Cutter.*

For the defendant, *William M. Brown.*

The opinion of the court was delivered by

COLLINS, J.   The return in this case certifies a transcript of proceedings in a "Justice's Court," reciting sworn complaint and process against the prosecutor for violation of an ordinance of a local board of health, passed under section 18 of the Health act of 1887 (*Gen. Stat., p.* 1638), a trial by jury, a verdict for $25 and the following entry: "I therefore gave judgment in said amount against the defendant and in favor of the plaintiffs, and costs seven dollars and eighty-five cents," signed by a justice of the peace.

The legislation involved in this case, so far as its sanction is concerned, is anomalous and defies construction, for it inextricably blends together a civil and a *quasi* criminal jurisdiction.

But whether we consider the authorized judgment as one in a summary proceeding (as in *Holzworth* v. *Newark,* 21 *Vroom* 85, was declared of the judgment directed in a statute identical with said section 18), or as one in a civil suit for a penalty (as in *White* v. *Neptune City,* 27 *Id.* 222, was adjudged with respect to legislation containing features found in said section as supplemented in 1888 (*Gen. Stat., p.* 1642), the certified judgment cannot stand, because—

*First.* There was a trial by jury, for which there is no warrant in the statute. *White* v. *Neptune City, ubi supra.* The defendant urges that such mode of trial was at the prosecutor's request, but the transcript does not so certify, and we can presume nothing.

*Second.* There was no conviction. The supplement of 1888 expressly requires one as a foundation for judgment, prescribes its terms and provides that it shall be signed by the magistrate.

The judgment must be reversed, with costs.